536

371 A.2d 512
Commonwealth ex rel Fortuna v. Fortuna,
Appellant.

Argued September 14, 1976.   Michael J. Pepe, Jr., for appellant;
Sidney L. Gold, with him Robert F. Simone, for appellee.

Order affirmed.

371 A.2d 513
Commonwealth ex rel. Gervasi, Appellant,
v. Gervasi.

Argued September 14, 1976.   William P. James,
with him Louis Lipschitz, for appellant; James A. Burgess, Jr., with him Burgess, Casey & Janson, for appellee.

Order affirmed.